UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 04 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CASTELLET, INC., a California corporation, DBA Thompson Building Materials,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation and GOLDEN EAGLE INSURANCE COMPANY, a New Hampshire corporation,<br><br>  Defendants,<br><br> and<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire corporation,<br><br>  Defendant - Appellee. | No. 19-55339<br><br>D.C. No. 8:18-cv-00582-DOC-KES<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered May 08, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7